GEORGE C. JENKS, as Administrator of the Estate of AMY V. JENKS, Deceased, Respondent, *v.* VEEDER CONTRACTING COMPANY, INC., et al., Appellants.

Reported below, 264 App. Div. 979.

Submitted January 4, 1943; decided January 7, 1943.

*John J. Conners, Jr.,* for motion.

No one opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that an appeal lies as of right.